UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHAOQUN KONG, § § § Plaintiff, § § v. § § THE EXONE COMPANY, JOHN F. § HARTNER, S. KENT ROCKWELL, JOHN § IRVIN, GREGORY F. PASHKE, LLOYD A. § SEMPLE, WILLIAM STROME, ROGER § THILTGEN, BONNIE K. WACHTEL, TEXAS § MERGER SUB I, INC., TEXAS MERGER § SUB II, LLC, and DESKTOP METAL, INC., § § Defendants. § | Case No.: 2:21-cv-04165 NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Zhaoqun Kong ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 1, 2021

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith, Esquire
Marc L. Ackerman, Esquire
2 Bala Pl., Suite 805
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
esmith@brodskysmith.com
mackerman@brodskysmith.com

*Attorneys for Plaintiff*